**10/28/2015**
**IN RE SYLVIA MARTINEZ    Tr. Ct. No. 2014CR1384          WR-83,996-01**
This notice is in reference to "MOTION TO WITHDRAW MOTION FOR LEAVE TO FILE AN ORIGINAL PETITION FOR WRIT OF MANDAMUS".  No action will be taken on this motion.  The motion will be placed in the file.

Abel Acosta, Clerk

                    PRESIDING JUDGE 187TH JUDICIAL DISTRICT
                    300 DOLOROSA ST., #3097
                    SAN ANTONIO, TX  78205-3028

**10/28/2015**
**IN RE SYLVIA MARTINEZ    Tr. Ct. No. 2014CR1384          WR-83,996-01**
This notice is in reference to "MOTION TO WITHDRAW MOTION FOR LEAVE TO
FILE AN ORIGINAL PETITION FOR WRIT OF MANDAMUS".  No action will be
taken on this motion.  The motion will be placed in the file.

Abel Acosta, Clerk

CHAD  VAN BRUNT
310 SOUTH SAINT MARY'S STREET
SUITE 1840
SAN ANTONIO, TX  78205
* DELIVERED VIA E-MAIL *

**10/28/2015**
**IN RE SYLVIA MARTINEZ    Tr. Ct. No. 2014CR1384        WR-83,996-01**
This notice is in reference to "MOTION TO WITHDRAW MOTION FOR LEAVE TO FILE AN ORIGINAL PETITION FOR WRIT OF MANDAMUS".  No action will be taken on this motion.  The motion will be placed in the file.

Abel Acosta, Clerk

4TH COURT OF APPEALS  CLERK
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, THIRD FLOOR
SAN ANTONIO, TX  78205-3037
* DELIVERED VIA E-MAIL *

**10/28/2015**
**IN RE SYLVIA MARTINEZ     Tr. Ct. No. 2014CR1384          WR-83,996-01**
This notice is in reference to "MOTION TO WITHDRAW MOTION FOR LEAVE TO FILE AN ORIGINAL PETITION FOR WRIT OF MANDAMUS".  No action will be taken on this motion.  The motion will be placed in the file.

Abel Acosta, Clerk

LAUREN SCOTT
ASSISTANT CRIMINAL DISTRICT ATTORNEY
101 W. NUEVA STREET
SAN ANTONIO, TX  78205
* DELIVERED VIA E-MAIL *

**10/28/2015**
**IN RE SYLVIA MARTINEZ     Tr. Ct. No. 2014CR1384          WR-83,996-01**
This notice is in reference to "MOTION TO WITHDRAW MOTION FOR LEAVE TO FILE AN ORIGINAL PETITION FOR WRIT OF MANDAMUS".  No action will be taken on this motion.  The motion will be placed in the file.

Abel Acosta, Clerk

NICOLAS A  LAHOOD
1924 N MAIN AVE
SAN ANTONIO, TX  78212-3942
* DELIVERED VIA E-MAIL *